IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ILIA T. PACHECO, et al. | * | |
| | * | |
| Plaintiffs | * | Civil No. 97-2410(SEC) |
| | * | |
| v. | * | |
| | * | |
| KMART CORPORATION | * | |
| | * | |
| Defendant | * | |

*************************************

## ORDER

Pending are a motion (**Docket # 16**) and a renewed motion (**Docket # 17**) wherein plaintiffs petition the Court to schedule a pretrial conference. As defendant has not objected to this request, and further considering that all the deadlines set by the Court in its Case Management Order (**Docket # 7**) have expired, the parties are hereby **ORDERED** to file on or before **Wednesday, January 19, 2000**, a joint pretrial and settlement report. Once the report is filed, the Court will proceed to schedule a pretrial and settlement conference. Therefore, plaintiffs' motions (**Dockets # 16 and # 17**) are, for the time being, hereby **DENIED**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20 day of December, 1999.



SALVADOR E. CASELLAS
United States District Judge




AO 72A
(Rev. 8/82)