# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ILIA T. PACHECO, et al.                    *
                                           *
Plaintiffs                                 *        Civil No. 97-2410(SEC)
                                           *
v.                                         *
                                           *
K MART Corp.                               *
                                           *
Defendant                                  *
*************************************

## ORDER

This case was set for a pretrial and settlement conference on **Friday, February 11, 2000, at 10:30 a.m.**, before the Honorable Robert J. Ward.  However, plaintiffs' attorney, Mr. Jorge Miguel Suro Ballester, has informed that he will be unable to attend the conference due to prior commitments.  Thus, upon plaintiffs' motion for continuance (**Docket # 21**), the pretrial and settlement conference scheduled for Friday, February 11, 2000, is hereby **continued sine die**.  This order disposes of **Docket # 21**.

**SO ORDERED.**

In San Juan, Puerto Rico, this ___day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)