IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: February 24, 2000

ILIA T. PACHECO, et al         *
                               *
    Plaintiffs                *
                               *
vs.                            *       CIVIL NO. 97-2410 (SEC)
                               *
K MART CORPORATION             *
                               *
    Defendant                 *
                               *
*******************************

    By Order of the Court, **a Pretrial/Settlement Conference is hereby set for March 2, 2000 at 2:30 p.m.  This proceeding will be held before Honorable Salvador E. Casellas.**

                                    Kim Flores
                                    Courtroom Deput Clerk

s/c   Jorge M. Suro
      Luis Sánchez Betances

