### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO
### MINUTES OF PROCEEDINGS

CIVIL CASE NO: 97-2410 (SEC)                DATE: March 2, 2000

| | |
|---|---|
| ILIA T. PACHECO, et al.<br>Plaintiffs | Attorneys:<br><br>Jorge Miguel Suro Ballester, Esq. |
| v. | |
| K MART CORPORATION<br>Defendant | Gerardo De Jesús Annoni, Esq. |

### PRETRIAL AND SETTLEMENT CONFERENCE

A pretrial and settlement conference was **held** in chambers today to discuss the status of the case. The parties were represented by counsel.

Regarding defendant's objection to plaintiffs' discovery request, the Court ruled that defendant shall provide to plaintiffs the discovery pertaining to accidents previous to plaintiff Pacheco's. Defendant shall also provide the missing index in defendant's "Loss-Control Handbook."

The parties will coordinate the taking of the deposition of Mr. Osvaldo Hernández.

Defendant announced that it will file a request for plaintiff to provide certain information regarding plaintiff Pacheco's medications.

Defendant shall also coordinate for its expert/s to conduct a peer review of plaintiff Pacheco's medical records to determine appropriate course to follow.

All the above-mentioned matters shall be resolved by **April 30, 2000.**

The Court then set a **further pretrial and settlement conference** for **May 30, 2000, at 2:00 p.m.**

Trial, which is expected to last at least one (1) week, was set for **August 14, 2000, at 9:00 a.m.**

SALVADOR E. CASELLAS
U.S. District Judge