## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

### MINUTES OF PROCEEDINGS

CRIMINAL CASE NO: 97-2410 **(SEC)**                    DATE: May 30, 2000

---

| | |
|---|---|
| **ILIA T. PACHECO, et al** | Attorneys: |
| **Plaintiff** | **JORGE MIGUEL SURO BALLESTER, ESQ.** |
| **v.** | |
| **KMART CORPORATION** | **GERARDO DE JESUS ANNONI, ESQ.** |
| **Defendants** | |

---

### FURTHER PRETRIAL CONFERENCE

A further pretrial and settlement conference was **held** in chambers today to discuss the status of the case.  The parties were represented by counsel.

Defendant informed that he had finally obtained an expert, Dr. Rojas, and once the expert provides his opinion, he will be in a position  to conclude settlement negotiations which will inform to the Court.

The Court set another settlement conference for **June 19, 2000 at 5:00 p.m.**

SALVADOR E. CASELLAS
U.S. District Judge

