UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
MINUTES OF PROCEEDINGS

CIVIL CASE NO: 97-2410 (SEC)              DATE: August 10, 2000

| | |
|---|---|
| ILIA T. PACHECO, et al.<br>Plaintiffs | Attorneys:<br><br>Jorge Miguel Suro Ballester, Esq. |
| v. | |
| K MART CORPORATION<br>Defendant | Gerardo De Jesús Annoni, Esq. |

### FURTHER PRETRIAL AND SETTLEMENT CONFERENCE

A further pretrial and settlement conference was held in chambers today. Mr. De Jesús Annoni informed that he had recently received his expert's report, copy of which he submitted to Mr. Suro Ballester. Mr. Suro Ballester informed that he needs to depose defendant's expert in connection with this report. The parties agreed that Mr. Suro Ballester will depose defendant's expert on either of the following dates: September 5 through 7, 2000.

In light of this development, the Court set aside the trial scheduled for August 14, 2000, and tentatively rescheduled it for **September 11, 2000**, at 9:30 a.m., subject to confirmation due to the criminal calendar.

SALVADOR E. CASELLAS
U.S. District Judge



