IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ILIA T. PACHECO | * |
| Plaintiffs | * |
| v. | * Civil No. 97-2410 (SEC) |
| KMART CORPORATION | * |
| Defendant | * |

## ORDER

This case is scheduled for trial on September 11, 2000. Defendant Kmart Corporation moves the Court for an order compelling the expedited production of various medical files and documents related to plaintiff's Ilia Pacheco medical conditions and treatments. Having considered defendant's motion the same is granted and it is hereby **ORDERED** that upon been served with copy of this Order any doctor, government agency, medical facility, insurance provider, drugstore, or any other person, shall provide and produce within five (5) days a copy of any and all records, charts, reports, charges, bills and all other documents pertaining to the medical treatments or conditions of Ilia Pacheco at the offices of defendant's counsel.

**SO ORDERED**

In San Juan, Puerto Rico this _11th_ day of August, 2000.



SALVADOR E. CASELLAS
United States District Court