UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**　　　　　　　　　DATE: August 25, 2000

ILIA T. PACHECO, et al　　*
　　　　　　　　　　　　　*
　　　　　　　　　　　　　*
　　　Plaintiffs　　　　　*
　　　　　　　　　　　　　*
　　　　　　　　　　　　　*
vs.　　　　　　　　　　　*　　CRIM NO.  97-2410 (SEC)
　　　　　　　　　　　　　*
　　　　　　　　　　　　　*
KMART CORPORATION　　　　*
　　　　　　　　　　　　　*
　　　　　　　　　　　　　*
　　　Defendant　　　　　*

　　　Upon plaintiffs' request **(#32)** and by Order of the Court, **Jury Trial setting for September 11, 2000 is continued sine die.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　COURTROOM DEPUTY CLERK

s/c   Jury Administrator