UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: SEPTEMBER 29, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**                CIVIL 97-2410 (JAG)
==================================================================

ILIA T. PACHECO ET ALS                          Attorneys:
                                                For Plaintiffs:

    VS
                                                For Defendant:
K-MART


==================================================================

By Order of the Court a status\settlement conference in the above-mentioned case is hereby set for **Thursday, November 9, 2000 at 3:00 PM.**

Parties to be notified

                                      By: LILY ALICEA
                                          COURTROOM DEPUTY