UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

DATE: November 21, 2000

BEFORE HONORABLE JAY A. GARCIA-GREGORY

COURTROOM DEPUTY: Rosie G. Oliver

CASE NO: Civil No. 97-2410 (JAG)
==================================================================
Ilia T. Pacheco, et al                    Jorge Suro-Ballester

            Vs.
K-MART Corporation                        Gerardo De Jesus


==================================================================

Settlement Conference called. Parties are granted 90 days to complete discovery. Another Pretrial/Settlement Conference is set for FEBRUARY 27, 2001 at 10:00 A.M.

Parties to be notified.

_____