UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                       DATE: FEBRUARY 27, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**                **CASE 97-2410(JAG)**

===================================================================

ILIA T. PACHECO, ET AL.                    Attorneys:
                                           For Plaintiffs: JORGE
                                           SURO
            VS
                                           For Defendant:
K-MART CORPORATION                         GERARDO DE JESUS
===================================================================

    Case called for settlement conference.  A settlement demand was made by plaintiffs. Parties will be submitting minor amendments to the pretrial report.

    Court sets a settlement conference for May 16, 2001 at 3:30 PM, **principals are to be available for said conference and jury trial is set for May 29, 2001 at 9:30 AM.**

    Parties to be notified.

                                                                          *Lily Alicea*
                                                                         LILY ALICEA
                                                                 COURTROOM DEPUTY

s/c to Jury Clerk

