# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ILIA PACHECO, et al

**Plaintiff(s)**

v.  CIVIL NO. 97-2410 (JAG)

K-MART CORPORATION

**Defendant(s)**

---

## PRE-TRIAL AND SETTLEMENT CONFERENCE REPORT

The Court met with the parties. The parties have made some slight revisions to the proposed Pre-Trial Order, mostly involving the elimination of potential witnesses (custodian of records, video operators, Dr. José Rodríguez, among others). The parties have discussed settlement, and remain interested in seeking an out of court solution to the case, but still remain far apart. The parties will file proposed jury instructions no later than May 24, 2001, and any *in limine* motions concerning the admissibility of past settlements and/or amounts must also be submitted prior to trial.

Trial date remains set for Tuesday, May 29, 2001, at 9:30 a.m.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of May, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


