# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

ILIA PACHECO, ET. AL.

   Plaintiffs,

Vs.                                CIVIL NO. 97-2410 (JAG)

K-MART CORPORATION

   Defendants.

---

### O-R-D-E-R

By Order of the Court, Jury Trial setting of Tuesday, May 29, 2001, is now moved for Wednesday, May 30th, 2001, at 9:30 a.m.

By: _____
REBECCA AGOSTINI-VIANA
Deputy Clerk

FAX NOTICE: COUNSEL OF RECORD (2)
Jury clerk

```
✖✖✖   CONFIRMATION REPORT   ✖✖✖

            SUCCESSFUL TX

05-25-01  19:31          ID:787 772 3474
                            CLERK'S OFFICE, USDC-PR

JOB NUM.          ----------------   066
START TIME        ----------------   19:30
ID NUM.           ----------------   97227711
RESOLUTION        ----------------   STANDARD
TOTAL PAGES       ----------------   02
MACHINE ENGAGED   ----------------   00'42
INFORMATION       ----------------   OK
```

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
FEDERAL BUILDING ROOM #150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

# FAX TRANSMISSION

Frances Ríos de Morán
Clerk of Court

TO        : Atty. Jorge M. Suro-Ballester
LOCATION  : _____
TELEPHONE : _____
FAX NUMBER: 722-7711

FROM      : Becky Agosino
LOCATION  : U.S. Court
TELEPHONE : 772-3053
COMMENTS  : Re: CV-97-2410 (JAG)

DATE SENT: 5/25/01                TIME SENT: 2
NUMBER OF PAGES INCLUDING THIS COVER:    7:37 pm

```
***  CONFIRMATION REPORT  ***

          SUCCESSFUL TX

05-25-01  19:34         ID:787 772 3474
                        CLERK'S OFFICE, USDC-PR

JOB NUM.         -----------------  067
START TIME       -----------------  19:33
ID NUM.          -----------------  753 6580
RESOLUTION       -----------------  STANDARD
TOTAL PAGES      -----------------  02
MACHINE ENGAGED  -----------------  00'30
INFORMATION      -----------------  OK
```

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
FEDERAL BUILDING ROOM #150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

# FAX TRANSMISSION

Frances Ríos de Morán
Clerk of Court

TO         : *Atty. Luis Sanchez*
LOCATION   :
TELEPHONE  :
FAX NUMBER : *753-6580*

FROM       : *B. Aspinall*
LOCATION   : *U.S. Court*
TELEPHONE  : *772-3053*
COMMENTS   : *Re: CV-97-2410 (JAG)*

DATE SENT: *5/25/01*                TIME SENT: *7:40 pm*
NUMBER OF PAGES INCLUDING THIS COVER:   *2*