UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**　　　　　　　　　DATE: JUNE 11, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**　　　　**CASE NO. CIV. 97-2410 (JAG)**

===============================================================

ILIA T. PACHECO　　　　　　　　　　Attorneys: JORGE SURO

　　　　VS

K-MART CORPORATION　　　　　　　　GERARDO DE JESUS ANNONI

---

　　At the request of the parties a meeting with the Court is held to explore the possibilities of a settlement prior to the entry of judgment.

　　Attorney for defendant informs that the insurance adjuster is on a trip and will not return to his office until next week. In the meantime he will explore with the principal whether a settlement can be reached and inform the Court by Monday, June 18, 2001. If a settlement is not reached judgment will be entered.

　　Parties to be notified.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Lily Alicea-Courtroom Deputy