IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ILIA T. PACHECO, et al

**Plaintiff(s)**

v.                                      CIVIL NO.   97-2410 (JAG)

K MART CORPORATION

**Defendant(s)**

---

### JUDGMENT

Upon the Motion for Voluntary Dismissal With Prejudice filed by plaintiffs, this Court enters judgment dismissing the complaint with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


